**Order filed August 15, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00711-CV
_____

## IN RE SUZANNE SONDRUP RON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-19071**

---

## ORDER

On August 14, 2018, relator Suzanne Sondrup Ron filed a motion for leave to file under seal with this court a "Confidential Mediated Settlement Agreement." The settlement agreement may be filed with our court for *in camera* review, without the necessity of any motion to file under seal. If the settlement agreement is filed with

this court with a request for *in camera* review, the settlement agreement will not be posted to the court's website.

The court requests relator to file the settlement agreement with the court as soon as possible. We deny relator's motion to file under seal as unnecessary.

PER CURIAM

Panel consists of Justices Christopher, Busby, and Brown.